FILED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

2006 AUG 15 1 P 2: 20

UNITED STATES OF AMERICA

v.                                                    Case No. 3:06-cr-13-J-20MMH

LISA CROWELL
_____/

## O R D E R

The United States' Motion Pursuant to USSG § 3E1.1(b) (Doc. No. 113, filed August 9,

2006) is **GRANTED**.

**DONE AND ORDERED** at Jacksonville, Florida, this _15_ day of August, 2006.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Kate Kmiec, Esq.
Mark J. Rosenblum, Esq.
U.S. Probation